UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY CONNER, *individually and as the representative of a class of similarly situated persons*,

                            Plaintiff,

-against-

ESRT OBSERVATORY TRS, LLC d/b/a EMPIRE STATE BUILDING,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 17 2018

ORDER

18 Civ. 4573 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       October 17, 2018

                                            SO ORDERED.

                                            *[signature]*
                                            GEORGE B. DANIELS
                                            United States District Judge